46 So.2d 860

### Rex Myles COWAN v. STATE.
### 6 Div. 983.

Court of Appeals of Alabama.
April 25, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Leaving scene of accident.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

47 So.2d 921

### Leonard Ray CRANE, alias Crain v. STATE.
### 7 Div. 87.

Court of Appeals of Alabama.
June 27, 1950.

Appeal from Circuit Court, Calhoun County; Leslie C. Longshore, Judge.

Manslaughter, first degree.

W. J. Merrill, of Anniston, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed, motion of appellant.

44 So.2d 910

### William Henry CRANE v. STATE.
### 7 Div. 44.

Court of Appeals of Alabama.
Jan. 10, 1950.

Appeal from Circuit Court, Cleburne County; Leslie C. Longshore, Judge.

Distilling.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed, motion of appellant.

44 So.2d 33

### Radford CROWELL v. STATE.
### 6 Div. 869.

Court of Appeals of Alabama.
Dec. 6, 1949.

Appeal from Circuit Court, Tuscaloosa County; Reuben H. Wright, Judge.

Distilling.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Affirmed.

49 So.2d 924

### Victor CROWELL v. STATE.
### 6 Div. 46.

Court of Appeals of Alabama.
Dec. 5, 1950.

Appeal from Circuit Court, Tuscaloosa County; Reuben H. Wright, Judge.

PER CURIAM.

Affirmed.

46 So.2d 860

### Mary CRUMMIE v. STATE.
### 6 Div. 939.

Court of Appeals of Alabama.
April 25, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Leaving scene of accident.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Appeal dismissed.